# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>World Market, LLC,<br><br>      Defendant. | Civil Case No.: 24-cv-4404 (JRT/SGE)<br><br>**ORDER** |

The Court has reviewed the "Consent Motion to Extend Time for Defendant to Respond to Complaint" filed by Plaintiff on December 17, 2024 (ECF No. 5). Pursuant to Fed. R. Civ. P. 6(b), the Court finds that good cause has been shown, and **HEREBY ORDERS** as follows:

1. **IT IS ORDERED THAT** the Consent Motion to Extend Time for Defendant to Respond to Complaint filed by Plaintiff on December 17, 2024 (ECF No. 5) is **GRANTED**; and

2. **IT IS FURTHER ORDERED THAT** Defendant World Market, LLC shall submit its response to the complaint no later than January 29, 2025.

**IT IS SO ORDERED.**

Dated: December 18, 2024

                                                 *s/Shannon G. Elkins*
                                                 SHANNON G. ELKINS
                                                 United States Magistrate Judge